**Settlement Statement**

### B. Type of Loan

| | | | |
|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins<br>4. ☐ VA  5. ☐ Conv. Ins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Anthony Seepersaud | Leonard Jaigobin<br>Rajdulari Jaigobin | |

| G. Property Location: | H. Settlement Agent:<br>To Be Determined | I. Settlement Date:<br>05/04/2020 |
|---|---|---|
| 12609 Hill Creek Lane<br>Potomac, MD 20854 | Place of Settlement: | |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 1,100,000.00 | 401. Contract sales price | 1,100,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 14,297.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustment for items paid by seller in advance | | Adjustment for items paid by seller in advance | |
| 106. City /town taxes          to | | 406. City /town taxes          to | |
| 107. County Taxes             to | | 407. County Taxes             to | |
| 108. Assessments             to | | 408. Assessments             to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | 1,114,297.00 | **420. Gross Amount Due to Seller** | 1,100,000.00 |
| **200. Amount Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due to seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan (s) | | 502. Settlement charges to seller (line 1400) | 85,670.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 986,830.00 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | 27,500.00 | 508. Seller Concessions | 27,500.00 |
| 209. | | 509. Water Escrow | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City /town taxes         to | | 510. City /town taxes         to | |
| 211. County taxes            to | | 511. County taxes            to | |
| 212. Assessments            to | | 512. Assessments            to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | 27,500.00 | **520. Total Reduction Amount Due Seller** | 1,100,000.00 |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | 1,114,297.00 | 601. Gross amount due to seller (line 420) | 1,100,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 27,500.00 | 602. Less reductions in amounts due seller (line 520) | 1,100,000.00 |
| **303. Cash**  ☐ To  ☑ From Borrower | 1,086,797.00 | **603. Cash**  ☑ To  ☐ From Seller | 0.00 |

## L. Settlement Charges

### 700. Total Real Estate Broker Fees

Division of commission (line 700) as follows:

| Line | Description | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 701. | $ 33,000.00 | To Exit Realty | | |
| 702. | $ 33,000.00 | To Exit Realty | | |
| 703. | Commission paid at settlement | | | 66,000.00 |
| 704. | | | | |
| 705. | | | | |

### 800. Items Payable in Connection with Loan

| Line | Description | | | Paid From Borrower's | Paid From Seller's |
|---|---|---|---|---|---|
| 801. | Our origination charge | $ | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | | |
| 803. | Your adjusted origination charges | | (from GFE #A) | | |
| 804. | Appraisal fee to | | (from GFE #3) | | |
| 805. | Credit report to | | (from GFE #3) | | |
| 806. | Tax service to | | (from GFE #3) | | |
| 807. | Flood certification to | | (from GFE #3) | | |
| 808. | | | | | |
| 809. | | | | | |
| 810. | | | | | |
| 811. | | | | | |

### 900. Items Required by Lender to be Paid in Advance

| Line | Description | | | | Paid Borrower | Paid Seller |
|---|---|---|---|---|---|---|
| 901. | Daily interest charges from | to | @ $ | /day | (from GFE #10) | | |
| 902. | Mortgage insurance premium for | months to | | | (from GFE #3) | | |
| 903. | Homeowner's insurance for | years to | | | (from GFE #11) | | |
| 904. | | | | | | | |
| 905. | | | | | | | |

### 1000. Reserves Deposited with Lender

| Line | Description | | | | |
|---|---|---|---|---|---|
| 1001. | Initial deposit for your escrow account | | | (from GFE #9) | |
| 1002. | Homeowner's insurance | 0 months @ $ | per month $ | | |
| 1003. | Mortgage insurance | 0 months @ $ | per month $ | | |
| 1004. | Property Taxes | 0 months @ $ | per month $ | | |
| 1005. | | 0 months @ $ | per month $ | | |
| 1006. | | 0 months @ $ | per month $ | | |
| 1007. | Aggregate Adjustment | | - $ | | |

### 1100. Title Charges

| Line | Description | | | Borrower | Seller |
|---|---|---|---|---|---|
| 1101. | Title services and lender's title insurance | | (from GFE #4) | | 225.00 |
| 1102. | Settlement or closing fee | $ | | | |
| 1103. | Owner's title insurance | | (from GFE #5) | | |
| 1104. | Lender's title insurance | $ | | | |
| 1105. | Lender's title policy limit $ | | | | |
| 1106. | Owner's title policy limit $ | | | | |
| 1107. | Agent's portion of the total title insurance premium to | $ | | | |
| 1108. | Underwriter's portion of the total title insurance premium to | $ | | | |
| 1109. | Documentation Prep | | | | 498.00 |
| 1110. | Title Management | | | | 1,850.00 |
| 1111. | | | | | |
| 1112. | | | | | |
| 1113. | | | | | |

### 1200. Government Recording and Transfer Charges

| Line | Description | | | | Borrower | Seller |
|---|---|---|---|---|---|---|
| 1201. | Government recording charges | | | (from GFE #7) | | |
| 1202. | Deed $ | Mortgage $ | Release $ | | | |
| 1203. | Transfer taxes | | | (from GFE #8) | 14,297.00 | 14,297.00 |
| 1204. | City/County tax/stamps | Deed $ | Mortgage $ | | | |
| 1205. | State tax/stamps | Deed $ | Mortgage $ | | | |
| 1206. | | | | | | |
| 1207. | | | | | | |
| 1208. | | | | | | |

### 1300. Additional Settlement Charges

| Line | Description | | Borrower | Seller |
|---|---|---|---|---|
| 1301. | Required services that you can shop for | (fromGFE #6) | | |
| 1302. | | $ | | |
| 1303. | Title and Lien Search | $ | | 1,000.00 |
| 1304. | Closing-Seller | | | 1,250.00 |
| 1305. | Financial Compliance | | | 550.00 |
| 1400. | **Total Settlement Charges** (enter on lines 103, Section J and 502, Section K) | | 14,297.00 | 85,670.00 |

Page 2 of 2