IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In Re:

LEONARD JAIGOBIN ) Case No: 08-17826
) Chapter 11
Debtor )

## MOTION TO WITHDRAW APPEARANCE OF DEBTOR'S COUNSEL

Debtor's counsel, Robert K. Goren, and Goren Law, LLC, move this Court for authorization to withdraw as counsel for the Debtor. In support of this motion, Debtor's counsel submits the following:

1. On August 17, 2020, Debtor's counsel sent the attached letter, incorporated herein as Exhibit "A", informing the Debtor that a Motion to Withdraw would be filed after seven (7) days.

2. The Debtor's last known address is as follows:

   **12609 Hill Creek Ln**
   **Potomac, MD 20854**

3. The Debtor has been advised that, should the motion be granted, he may obtain new counsel, or alternatively, advise the Court that he will represent himself. Counsel is retiring from the practice of law on September 1, 2020 or as soon thereafter as is practicable.

WHEREFORE, Debtor's counsel, Robert K. Goren and Goren Law, LLC, respectfully requests that they be permitted to withdraw as counsel for the Debtor and that such appearance will be stricken from the record.

Respectfully submitted,

*\s\ Robert K. Goren*
Robert K. Goren
GOREN LAW, LLC
177 Kentlands Blvd, Suite 200
Gaithersburg, MD 20878
T: (301) 977-4300
E: rgoren@gorentuccilaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of August, 2020 a copy of the foregoing was sent, via the method specified below, causing service upon the following:

Via First-Class Mail:

Leonard Jaigobin
12609 Hill Creek Ln
Potomac, MD 20854

Office of the United States Trustee
6305 Ivy Lane. 6th Floor
Greenbelt, MD 20770

**All creditors and parties attached on the mailing matrix.

*/s/ Robert K. Goren*
Robert K. Goren