**OFFICE OF THE UNITED STATES TRUSTEE**
**FOR THE DISTRICT OF MARYLAND**
**POST-CONFIRMATION QUARTERLY REPORT**

DEBTOR: Leonard Jaigobin     CH. 11 CASE NO: 08-17826
FOR QUARTER ENDED: Sept 30-2020

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

1. CASH BALANCE, BEGINNING OF QUARTER ........................... $ — 3.00
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES ........ 10,360.06
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS ( 10,390.12 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT) $ — 30.06

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| 1. ADMINISTRATIVE EXPENSES | Paid During Quarter | Total Paid to Date | Total Pmts. Projected Under Plan |
|---|---|---|---|
| Plan Trustee Compensation | $ | $ | $ |
| Plan Trustee Expense | | | |
| Attorney Fees - Trustee  0 | | | |
| Attorney Fees - Debtor Mr Goren | | 33,000 | |
| Other Professionals | | | |
| Other Administrative Expenses | | | |
| TOTAL ADMINISTRATIVE EXPENSES | $ 10,390.12 | $ 33,000  0 | $ 0 |
| 2. SECURED CREDITORS  House | $ | 139,131.84 | |
| 3. PRIORITY CREDITORS  Tax | $ | | |
| 4. UNSECURED CREDITORS | $ | 165,000 | |
| 5. EQUITY SECURITY HOLDERS  0 | $ | | |
| 6. Attach additional sheets as necessary | $ | | |
| TOTAL PLAN PAYMENTS | $ 0 | $ 0 | $ 0 |

| | Amount | Date | Check No. |
|---|---|---|---|
| QUARTERLY FEE PAID: # 3 | $ 325.00 | 11-18-20 | 2021 |

**PLAN STATUS:**

|   |   | Yes | No |
|---|---|---|---|
| 1. | Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) | yes | |
| 2. | Are all post-confirmation obligations current? (If no, attach explanation.) | yes | |
| 3. | Projected date of application for final decree: October 2018 | | |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

By: _____ Reorganized Debtor   Date OCT 20-20
Signature                                Title + owner / Oct 20-20
Leonard Jaigobin                         301-674-5201
Printed Name                             Telephone Number

Date: _____
Signature of Co-Debtor, if applicable
Printed Name

2013-04